EILEEN R. RIDLEY, CA Bar No. 151735
    eridley@foley.com
EVAN L. HAMLING, CA Bar No. 339578
    ehamling@foley.com
**FOLEY & LARDNER LLP**
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Telephone: 415.434.4484
Facsimile: 415.434.4507

LAWRENCE M. KRAUS (*pro hac vice*)
    lkraus@foley.com
**FOLEY & LARDNER LLP**
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
Telephone: 617.342.4000
Facsimile: 617.342.4001

JOSEPH W. SWANSON (*pro hac vice*)
    joe.swanson@foley.com
**FOLEY & LARDNER LLP**
100 N. Tampa Street, Suite 2700
Tampa, FL 33602
Telephone: 813.229-2300
Facsimile: 813.221-4210

Attorneys for Defendant QUADRANT CLINICAL
CARE LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM HUDLOW; ESTATE OF DAVID HUDLOW; JAIME BASKIN; BRIAN WITHEY; STACEY BOWEN; ESTATE OF JOHN BOWEN; VANESSA CHUPP; ESTATE OF KYLE CHUPP; CARLA VASS-SALGADO; RICARDO SALGADO; RON PERI; and INGRID PERI,<br><br>                              Plaintiffs,<br><br>        vs.<br><br>EXTHERA MEDICAL CORPORATION; QUADRANT MANAGEMENT LLC; QUADRANT CLINICAL CARE LLC; ALAN QUASHA; DEVON QUASHA; and JOHN PRESTON,<br><br>                              Defendants. | Case No. 3:25-cv-02492-MMC<br><br>**MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATION ON MEMORANDUM IN SUPPORT OF DEFENDANT QUADRANT CLINICAL CARE LLC'S FED. R. CIV. PRO. 12(B)(6) MOTION TO DISMISS BASED ON JOINT STIPULATION**<br><br>Complaint Filed: March 12, 2025<br><br>Hon. Judge Maxine M. Chesney |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD: PLEASE TAKE NOTICE** that Defendant Quadrant Clinical Care LLC ("QCC"), pursuant to Civil Local Rule 7-11 and the concurrently filed Joint Stipulation of the Parties, hereby moves for administrative relief to exceed the page limitation applicable to the Memorandum in support of its forthcoming Motion to Dismiss under Fed. R. Civ. Pro. 12(b)(6) (the "Memorandum"), per Civil Local Rule 7-4(b).

## I.    PROCEDURAL BACKGROUND

On March 12, 2025, Plaintiffs Kim Hudlow, Estate Of David Hudlow, Jaime Baskin, Brian Withey, Stacey Bowen, Estate Of John Bowen, Vanessa Chupp, Estate Of Kyle Chupp, Carla Vass-Salgado, Ricardo Salgado, Ron Peri, and Ingrid Peri (collectively, "Plaintiffs") filed their Complaint asserting claims for Fraud, Negligence, Intentional Infliction of Emotional Distress, Negligent Infliction of Emotional Distress, Battery, Failure to Warn, and Wrongful Death.

Thereafter, Plaintiffs and Defendants QCC, ExThera Medical Corporation, Quadrant Management LLC, Alan Quasha, Devon Quasha, and John Preston (collectively, "Defendants") (together with Plaintiffs, the "Parties") stipulated to extend the time for all Defendants to respond to Plaintiffs' Complaint to May 9, 2025.

Counsel for QCC emailed counsel for all Parties, requesting a stipulation to allow QCC to exceed the page limitation applicable to its Memorandum by five pages and forwarding the accompanying Joint Stipulation. All Parties agreed and executed the Joint Stipulation. QCC therefore brings this Motion for administrative relief based on the stipulated agreement of the Parties.

No Party will be prejudiced by the requested minor administrative relief. The requested relief will not alter any current deadline set by the Court, nor alter any Party's opportunity to oppose any motion to dismiss or to request similar page limitation extensions.

## II.    RELIEF REQUESTED

Pursuant to Civil Local Rule 7-11, QCC respectfully requests the Court grant the accompanying [Proposed] Order to relieve QCC of the page limitation applicable to its forthcoming Memorandum under Civil Local Rule 7-4(b) and extend it by 5 pages, such that the Memorandum will not exceed 30 pages. Pursuant to Civil Local Rule 7-11(a), this Motion is supported by the accompanying Joint Stipulation of the parties and [Proposed] Order.

DATED:  May 5, 2025

**FOLEY & LARDNER LLP**
EILEEN R. RIDLEY
EVAN L. HAMLING
LAWRENCE M. KRAUS
JOSEPH W. SWANSON

*/s/ Eileen R. Ridley*
Eileen R. Ridley

Eileen R. Ridley (SBN 151735)
Evan L. Hamling (SBN 339578)
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Tel: (415) 438-6469
eridley@foley.com
ehamling@foley.com

Lawrence Kraus (*pro hac vice*)
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
Tel.: (617)794-8014
lkraus@foley.com

Joseph W. Swanson (*pro hac vice*)
100 N. Tampa Street, Suite 2700
Tampa, FL 33602
Tel.: (813) 229-2300
joe.swanson@foley.com

*Attorneys for Quadrant Clinical Care LLC*