EILEEN R. RIDLEY, CA Bar No. 151735
    eridley@foley.com
EVAN L. HAMLING, CA Bar No. 339578
    ehamling@foley.com
**FOLEY & LARDNER LLP**
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Telephone: 415.434.4484
Facsimile: 415.434.4507

LAWRENCE M. KRAUS (*pro hac vice*)
    lkraus@foley.com
**FOLEY & LARDNER LLP**
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
Telephone: 617.342.4000
Facsimile: 617.342.4001

JOSEPH W. SWANSON (*pro hac vice*)
    joe.swanson@foley.com
**FOLEY & LARDNER LLP**
100 N. Tampa Street, Suite 2700
Tampa, FL 33602
Telephone: 813.229-2300
Facsimile: 813.221-4210

Attorneys for Defendant QUADRANT CLINICAL
CARE LLC

*Counsel for all parties listed on signature page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM HUDLOW; ESTATE OF DAVID HUDLOW; JAIME BASKIN; BRIAN WITHEY; STACEY BOWEN; ESTATE OF JOHN BOWEN; VANESSA CHUPP; ESTATE OF KYLE CHUPP; CARLA VASS-SALGADO; RICARDO SALGADO; RON PERI; and INGRID PERI,<br><br>Plaintiffs,<br><br>vs.<br><br>EXTHERA MEDICAL CORPORATION; QUADRANT MANAGEMENT LLC; QUADRANT CLINICAL CARE LLC; ALAN QUASHA; DEVON QUASHA; and JOHN PRESTON,<br><br>Defendants. | Case No. 3:25-cv-02492-MMC<br><br>**JOINT STIPULATION TO EXCEED PAGE LIMITATION ON MEMORANDA IN SUPPORT OF DEFENDANT QUADRANT CLINICAL CARE LLC'S FED. R. CIV. PRO. 12(B)(6) MOTION TO DISMISS AND EXTHERA MEDICAL CORPORATION'S FED. R. CIV. PRO. 12(B)(6) MOTION TO DISMISS**<br><br>Complaint Filed: March 12, 2025<br><br>Hon. Judge Maxine M. Chesney |

The undersigned counsel for Plaintiffs Kim Hudlow, Estate Of David Hudlow, Jaime Baskin, Brian Withey, Stacey Bowen, Estate Of John Bowen, Vanessa Chupp, Estate Of Kyle Chupp, Carla Vass-Salgado, Ricardo Salgado, Ron Peri, and Ingrid Peri, (collectively, "Plaintiffs") and Defendants ExThera Medical Corporation, Quadrant Management LLC, Quadrant Clinical Care LLC, Alan Quasha, Devon Quasha, and John Preston (collectively, "Defendants") (together with Plaintiffs the ("Parties")) in the above-captioned action hereby stipulate and agree, pursuant to Civil Local Rules 7-4(b), 7-11, and 7-12, as follows:

WHEREAS, on March 12, 2025, Plaintiffs filed their complaint asserting claims for Fraud, Negligence, Intentional Infliction of Emotional Distress, Negligent Infliction of Emotional Distress, Battery, Failure to Warn, and Wrongful Death;

WHEREAS, all Parties stipulated, and the Court granted the stipulation, to extend the time for all Defendants to respond to Plaintiffs' Complaint to May 9, 2025;

WHEREAS, the Parties met and conferred regarding the page limitation applicable to the Memorandum in support of Defendant Quadrant Clinical Care LLC's 12(b)(6) Motion to Dismiss under Civil Local Rule 7-4(b) as well as the page limitation applicable to the Memorandum in support of Defendant ExThera Medical Corporation's 12(b)(6) Motion to Dismiss under Civil Local Rule 7-4(b) (collectively, the "Memoranda");

WHEREAS, Defendants Quadrant Clinical Care LLC and ExThera Medical Corporation each requested from all Parties a stipulation to enlarge the page limitation applicable to each respective Memorandum by no more than 5 pages, such that each Memorandum will not exceed 30 pages;

WHEREAS, the Parties agree no Party will be prejudiced by the stipulated enlargement to the page limitation;

WHEREAS, the Parties' stipulation will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel that:

1. The page limitation applicable to Defendant Quadrant Clinical Care LLC's Memorandum is enlarged by 5 pages, such that the Memorandum will not exceed 30 pages.

2.    The page limitation applicable to Defendant ExThera Medical Corporation's Memorandum is enlarged by 5 pages, such that the Memorandum will not exceed 30 pages.

DATED:  May 5, 2025

**FOLEY & LARDNER LLP**
EILEEN R. RIDLEY
EVAN L. HAMLING
LAWRENCE M. KRAUS
JOSEPH W. SWANSON

*/s/ Eileen R. Ridley*
Eileen R. Ridley

Eileen R. Ridley (SBN 151735)
Evan L. Hamling (SBN 339578)
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Tel: (415) 438-6469
eridley@foley.com
ehamling@foley.com

Lawrence Kraus (*pro hac vice*)
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
Tel.: (617)794-8014
lkraus@foley.com

Joseph W. Swanson (*pro hac vice*)
100 N. Tampa Street, Suite 2700
Tampa, FL 33602
Tel.: (813) 229-2300
joe.swanson@foley.com

*Attorneys for Quadrant Clinical Care LLC*

DATED:  May 5, 2025

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

*/s/ Courtney J. Liss*
Robert J. Nelson (Cal. Bar No. 132797)
rnelson@lchb.com
Michael Levin-Gesundheit (Cal. Bar No. 292930)
mlevin@lchb.com@lchb.com
Courtney J. Liss (Cal. Bar No. 339493)

cliss@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000

*Attorneys for Plaintiffs*

**LARSON LLP**

DATED:  May 5, 2025

/s/ Catherine S. Owens
Hilary Potashner
Catherine S. Owens
S. Gregory Herrman
Karen E. Huber

Hilary Potashner (SBN 167060)
Catherine S. Owens (SBN 307626)
S. Gregory Herrman (*pro hac vice*)
Karen E. Huber (*pro hac vice*)

LARSON LLP
555 South Flower Street, 30th Floor Los Angeles,
California 90071
Telephone: (213) 436-4888
Facsimile:      (213) 623-2000
hpotashner@larsonllp.com
cowens@larsonllp.com
gherrman@larsonllp.com
khuber@larsonllp.com

*Attorneys for Defendant ExThera Medical
Corporation*

**ROBINS KAPLAN LLP**

DATED:  May 5, 2025

/s/ Lauren Coppola
David Martinez
Lauren Coppola (*pro hac vice*)
Gabriel Berg (*pro hac vice*)
Lauren Coppola (*pro hac vice*)

ROBINS KAPLAN LLP
2121 Avenue of the Stars Suite 2800

Los Angeles, California 90067
310.552.0130

*Attorneys for John Preston*

**ALLEN OVERY SHEARMAN STERLING US LLP**

DATED:  May 5, 2025

*/s/ Daniel H.R. Laguardia*
Daniel H.R. Laguardia (SBN 314654)
ALLEN OVERY SHEARMAN STERLING US LLP
140 New Montgomery Street, 10th Floor San Francisco, CA 94105
Tel.: (415) 796-4160
Fax: (415) 796-4199
daniel.laguardia@aoshearman.com

John Nathanson (*pro hac vice* forthcoming)
Stephen Fishbein (*pro hac vice* forthcoming)
Jeffrey D. Hoschander (*pro hac vice* forthcoming)
Erin Sisson (*pro hac vice* forthcoming)
599 Lexington Ave.
New York, NY 10022
Tel.: (212) 848-4000
john.nathanson@aoshearman.com
jeff.hoschander@aoshearman.com
sfishbein@aoshearman.com
erin.sisson@aoshearman.com

*Attorneys for Defendants Quadrant Management LLC and Alan Quasha*

DATED:  May 5, 2025

**PATTERSON BELKNAP WEBB & TYLER LLP**

*/s/ Lauren Schorr Potter*
Robert J. Cleary (*pro hac vice* to be filed)
Lauren Schorr Potter (*pro hac vice* to be filed)

PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue Of The Americas
New York, NY 10036
Tel.: (212) 336-2000

rcleary@pbwt.com
lspotter@pbwt.com

*Attorneys for Defendant Devon Quasha*

**ATTESTATION OF SIGNATURES**

I, Eileen R. Ridley, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the United States District Court for the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

Dated: May 5, 2025

*/s/ Eileen R. Ridley*
Eileen R. Ridley