# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM HUDLOW; ESTATE OF DAVID HUDLOW; JAIME BASKIN; BRIAN WITHEY; STACEY BOWEN; ESTATE OF JOHN BOWEN; VANESSA CHUPP; ESTATE OF KYLE CHUPP; CARLA VASS-SALGADO; RICARDO SALGADO; RON PERI; and INGRID PERI,<br><br>Plaintiffs,<br><br>vs.<br><br>EXTHERA MEDICAL CORPORATION; QUADRANT MANAGEMENT LLC; QUADRANT CLINICAL CARE LLC; ALAN QUASHA; DEVON QUASHA; and JOHN PRESTON,<br><br>Defendants. | Case No. 3:25-cv-02492-MMC<br><br>**[PROPOSED] ORDER**<br><br>Complaint Filed: March 12, 2025<br><br>Hon. Judge Maxine M. Chesney |

The Court, pursuant to Civil Local Rules 7-4(b) and 7-11, and having considered the Parties' Joint Stipulation, **GRANTS** the Joint Stipulation of the Parties as follows:

The page limitation applicable to Defendant Quadrant Clinical Care LLC's Memorandum in Support of its Fed. R. Civ. Pro. 12(b)(6) Motion to Dismiss is enlarged by 5 pages, such that the Memorandum will not exceed 30 pages.

**IT IS SO ORDERED.**

DATED:

_____

Hon. Maxine M. Chesney
United States District Judge